ACCEPTED
03-15-00348-CV
7436727
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 2:52:32 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00348-CV**

COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 2:52:32 PM
JEFFREY D. KYLE
Clerk

TODD ENRIGHT

*Appellant*,

v.

ASCLEPIUS PANACEA, LLC; ASCLEPIUS PANACEA GP, LLC; DAILY PHARMACY, LLC; DAILY PHARMACY GP, LLC; AND TOTH ENTERPRISES II, P.A. D/B/A VICTORY MEDICAL CENTER,

*Appellees*.

**ENTRY OF APPEARANCE OF ADDITIONAL
COUNSEL FOR APPELLANT TODD ENRIGHT**

On Appeal from the 98th Judicial District Court
of Travis County, Texas
Trial Court No. D-1-GN-14-004689
Hon. Gisela D. Triana of the 200th Judicial District Court, Presiding

TO THE HONORABLE COURT OF APPEALS:

Michael A. Heidler of Vinson & Elkins LLP hereby enters his appearance as additional counsel of record for Appellant Todd Enright. The information required by Texas Rule of Appellate Procedure 6.2 is as follows:

Michael A. Heidler
State Bar No. 24059921
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel  512.542.8579
Fax  512.542.8612
mheidler@velaw.com

Jennifer B. Poppe of Vinson & Elkins LLP will remain lead counsel for Appellant

Todd Enright.

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Michael A. Heidler*
Jennifer B. Poppe
State Bar No. 24007855
Michael A. Heidler
State Bar No. 24059921
Jonah Jackson
State Bar No. 24071450
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone:  (512) 542-8400
Facsimile:  (512) 542-8612
jpoppe@velaw.com
mheidler@velaw.com
jjackson@velaw.com

***Attorneys for Appellant Todd Enright***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 19th day of October 2015, a true and correct copy of this notice was served on the following attorneys in accordance with the requirements of the Texas Rules of Appellate Procedure via electronic filing or email.

Eric J. Taube
Paul Matula
Rola Daaboul
Taube Summers Harrison Taylor Meinzer
   Brown LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
etaube@taubesummers.com
pmatula@taubesummers.com
rdaaboul@taubesummers.com

*/s/ Michael A. Heidler*
Michael A. Heidler